UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

AXA Ins. Co. a/s/o BSH Home Appliances Corp.

    Plaintiff,

v.                                    Case No. 3:21-cv-00047

XPO Logistics

    Defendant.

## MOTION FOR ADMISSION PRO HAC VICE

The undersigned, counsel for Defendant, XPO Logistics,

moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1). **FILING FEE = $90.00**

[✓] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

New York (No. 3887), Florida (No. 634093), and Texas (No. 788801)

[✓] **AND** I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

## OR

Pursuant to E.D. Tenn. L.R. 83.5(b)(2). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: May 14, 2021

_____
(Signature–hand signed)

Name: Andrew R. Spector, Esq.

Firm: Spector Rubin, P.A.

Address:

3250 Mary Street, Suite 405, Miami, Florida 33133; Tel. 305.537.2000

Email address: andrew.spector@spectorrubin.com

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.

Dated: May 14, 2021

Respectfully submitted,

**BURR & FORMAN LLP**

By: */s/ Kenneth M. Bryant*
Kenneth M. Bryant (BPR #12582)
Alexandria A. Rhoades (BPR #37024)
222 Second Avenue South, Suite 2000
Nashville, Tennessee 37201
Tel: 615.724.3200
Fax: 615.724.3290
Email: kbryant@burr.com;
arhoades@burr.com

**AND**

**SPECTOR RUBIN, P.A.**

*/s/ Andrew Spector*
Andrew R. Spector, Esq.
*Admission for Pro Hac Vice to Be Submitted*
3250 Mary Street, Suite 405
Miami, Florida 33133
Tel: 305.537.2000
Fax: 305.537.2001
Email: andrew.spector@spectorrubin.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 14, 2021, I electronically filed the foregoing with the Court's electronic filing system, which will send a notice of electronic filing to all participating counsel of record.

**BURR & FORMAN LLP**

By: */s/ Kenneth M. Bryant*
Kenneth M. Bryant