

# UNITED STATES DISTRICT COURT
for the
## Southern District of Florida

### CERTIFICATE OF GOOD STANDING

I, **Angela E. Noble,** Clerk of the United States District Court for the Southern District of Florida,

do hereby certify that **Andrew Robert Spector**, Florida Bar # **634093**, was duly admitted to practice in this Court on **May 21, 1992**, and is in good standing as a member of the Bar of this Court.

Dated at: **Miami, Florida** on May 14, 2021.



Angela E. Noble
Court Administrator • Clerk of Court