UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| AXA CORPORATE SOLUTIONS ASSURANCE a/s/o BSH Home Appliances Corp., and BSH HOME APPLIANCES CORP., <br><br> Plaintiffs, <br><br> - v. - <br><br> XPO LOGISTICS, <br><br> Defendant. | C.A. 3:21-CV-00047 <br><br> **STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties that, all matters having been fully settled, compromised, and adjusted, the captioned action is voluntarily dismissed and discontinued, with prejudice and without costs to any party, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Date: September 15, 2022

KENNEDY LILLIS SCHMIDT & ENGLISH
*Attorneys for Plaintiffs*

By: /s/ John T. Lillis, Jr.
John T. Lillis, Jr., Esq.
125 Maiden Lane, Suite 5C
New York, New York 10038
Tel.: (212) 430-0800
Fax: (212) 403-0810
JLillis@klselaw.com

SPECTOR RUBIN P.A.
*Attorneys for Defendant*
*XPO Logistics.*

By: /s/ Andrew R. Spector
Andrew R. Spector
3250 Mary Street, Suite 405
Miami, Florida 33133
Phone: (305) 537-2002
Fax: (305) 537-2001
Andrew.Spector@spectorrubin.com